**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CHAO CAI,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. 5:26-CV-05172-CTS

**JUDGMENT**

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus filed October 6, 2026 (ECF No. 9), IT IS ADJUDGED that the Petition is granted to the extent it requests a finding that Petitioner is entitled to a bond hearing.

DATED: October 7, 2026

CHRISTINA T. SHAY
UNITED STATES MAGISTRATE JUDGE